# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ZACKARY ALLENBLANKENSHIP, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-126-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| LT. FNU SETZER, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2016 Order.

                                                            May 5, 2016

                                                       Frank G. Johns, Clerk
                                                       United States District Court