**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:15-cv-126-FDW**

| | |
|---|---|
| ZACKARY ALLEN BLANKENSHIP, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| LT. FNU SETZER, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on a periodic status review in light of the Fourth Circuit Court of Appeals' order vacating and remanding this action following this Court's grant of summary judgment to Defendants. (Doc. Nos. 36, 37).

In light of the Fourth Circuit's remand, the parties are **HEREBY** ordered to attempt to mediate a resolution in this matter. The parties shall attempt to mediate an informal resolution without the assistance of the Court within the next sixty days.

Upon the expiration of sixty days of this order, the parties shall notify the Court whether they have been able to agree upon a resolution in this action, and whether the parties intend to enter a stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: May 17, 2017

Frank D. Whitney
Chief United States District Judge